**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>UBIOME, INC.,[1]<br><br>      Debtor. | Chapter 7<br><br>Case No. 19-11938 (LSS) |
| ALFRED T. GIULIANO, Chapter 7 Trustee,<br><br>      Plaintiff,<br><br>vs.<br><br>JESSICA RICHMAN,<br><br>      Defendant. | Adv. Proc. No. 21-51032 (LSS) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Leah V. Lerman, United States Department of Justice, appears as counsel for the United States of America in the above-captioned proceeding and requests notice of all matters "noticed" and copies of all pleadings in these proceedings pursuant to Rules 2002, 3017(a) and 9010(b) of the Federal Rules of Bankruptcy Procedure.  All notices and papers that are required to be served upon the United States must be served upon the following individual:

> Leah V. Lerman
> U.S. Department of Justice
> Civil Division
> P.O. Box 875
> Ben Franklin Station

---

[1] The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019). The headquarters for the above-captioned Debtor was located at 360 Langton Street, Suite 301, San Francisco, CA 94103.

Washington, DC 20044-0875
Tel: (202) 307-0452
Fax: (202) 514-9163
E-mail:  Leah.V.Lerman@usdoj.gov

Notices by Federal Express, UPS, DHS, courier or hand delivery should be sent to:

Leah V. Lerman
U.S. Department of Justice
Civil Division
1100 L Street, N.W.
Rm. 7002
Washington, DC 20005

Because postal service mail to this government attorney presently is substantially delayed for security screening, please transmit all papers addressed to her by electronic mail or if electronic mail is not available, by facsimile.

 Dated:  September 9, 2021                    Respectfully submitted

BRIAN BOYNTON
Acting Assistant Attorney General

DAVID C. WEISS
Acting United States Attorney

/s/  Leah V. Lerman
RUTH A. HARVEY
MARGARET M. NEWELL
LEAH V. LERMAN
Civil Division
U. S. Department of Justice
1100 L Street NW, Room 10008
P. O. Box 875
Ben Franklin Station
Washington, D.C.  20044-0875
(202) 307-0452
ATTORNEYS FOR THE UNITED STATES

CERTIFICATE OF SERVICE

On September 9, 2021, I caused a copy of the foregoing NOTICE OF APPEARANCE AND CERTIFICATION OF GOVERNMENT ATTORNEY to be served electronically through the Court's ECF system upon those who have entered an appearance in this proceeding.

Dated: September 9, 2021                        /s/ Leah V. Lerman
                                                      Leah V. Lerman