# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| UBIOME, INC.,[1] | Case No. 19-11938 (LSS) |
| Debtor. | |
| ALFRED T. GIULIANO, Chapter 7 Trustee, | Adv. Proc. No. 21-51032 (LSS) |
| Plaintiff, | |
| vs. | |
| JESSICA RICHMAN AND ZACHARY APTE, | |
| Defendants. | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Bradford J. Sandler, hereby certify that on the 10th day of September, 2021, I caused a copy of the document listed below to be served on the individuals on the attached service list in the manner indicated:

- First Amended Complaint for Recovery of Damages for Breach of Fiduciary Duty and Breach of Written Contract [Adv. Docket No. 3]; and
- Amended Summons and Notice of Pretrial Conference [Adv. Docket No. 5]

Dated: September 10, 2021            PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Bradford J. Sandler*
Bradford J. Sandler (DE Bar No. 4142)
919 N. Market Street, 17th Floor, P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone:  (302) 652-41000
Facsimile:   (302) 652-4400
E-mail: bsandler@pszjlaw.com

*Attorneys for Plaintiff*

---

[1] The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019).  The headquarters for the above-captioned Debtor was located at 360 Langton Street, Suite 301, San Francisco, CA 94103.

uBiome, Case No. 19-11938 (LSS)
Adv. 21-51032 Service List-Apte, Richman counsel
Document No. 235814
05-Electronic Mail
04-First Class Mail

**ELECTRONIC MAIL & FIRST CLASS MAIL**
Attorney for Jessica Richman
FAEGRE DRINKER BIDDLE & REATH LLP
Brett D. Fallon
Jaclyn C. Marasco
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
brett.fallon@faegredrinker.com
jaclyn.marasco@faegredrinker.com

**ELECTRONIC MAIL & FIRST CLASS MAIL**
Attorney for Jessica Richman
FAEGRE DRINKER BIDDLE & REATH LLP
Joel Hammerman
311 S. Wacker Drive, Suite 4300
Chicago, IL 60606
joel.hammerman@faegredrinker.com

**ELECTRONIC MAIL & FIRST CLASS MAIL**
Attorneys for Zachary Apte
POTTER ANDERSON & CORROON LLP
L. Katherine Good
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
kgood@potteranderson.com

**ELECTRONIC MAIL & FIRST CLASS MAIL**
Attorneys for Zachary Apte
COVINGTON & BURLING, LLP
W. Douglas Sprague
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
dsprague@cov.com