**EXHIBIT B**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>UBIOME, INC.,<br>　　　　　Debtor. | Chapter 7<br><br>Case No. 19-11938-LSS |
| ALFRED T. GIULIANO, Chapter 7 Trustee,<br>　　　　　Plaintiff<br>　　vs.<br>JESSICA RICHMAN and ZACHARY APTE,<br>　　　　　Defendants | Adv. Proc. No.: 21-51032 (LSS) |

## DECLARATION OF JACLYN C. MARASCO IN SUPPORT OF MOVANTS DR. JESSICA RICHMAN AND DR. ZACHARY APTE'S LIMITED APPEARANCE AND MOTION TO DISMISS TRUSTEE'S FIRST AMENDED COMPLAINT

I, Jaclyn C. Marasco, hereby declare under penalty of perjury as follows:

1. I am an attorney with the law firm Faegre Drinker Biddle & Reath LLP ("Faegre Drinker").

2. I submit this declaration (this "Declaration") in support of *Movants Dr. Jessica Richman and Dr. Zachary Apte's Limited Appearance and Motion to Dismiss Trustee's First Amended Complaint* (the "Motion to Dismiss") filed contemporaneously herewith.

3. Unless otherwise stated, all statements in this Declaration are based upon my personal knowledge. If called to testify, I could and would competently testify to the facts set forth herein.

4. On August 30, 2021, I received a phone call from Colin R. Robinson of Pachulski Stang Ziehl & Jones LLP, who is counsel to Alfred T. Guiliano in his capacity as chapter 7 trustee

2

of uBiome, Inc. (the "Trustee"). During my call with Mr. Robinson, he indicated the Trustee's intent to commence an adversary proceeding against Movants (as defined in the Motion to Dismiss) and inquired whether Faegre Drinker was authorized to accept service on Dr. Jessica Richman's behalf. I advised Mr. Robinson that I was not then prepared to answer his inquiry.

5. On September 1, 2021, I received another phone call from Mr. Robinson, during which Mr. Robinson advised that the Trustee intended to file an adversary complaint against Movants "tonight or tomorrow." I stated to Mr. Robinson that Faegre Drinker was not authorized to accept service on behalf of Dr. Jessica Richman. Mr. Robinson responded that he understood.

[*Remainder of Page Intentionally Left Blank*]

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: October 11, 2021
Wilmington, Delaware

                                            */s/ Jaclyn C. Marasco*
                                            Jaclyn C. Marasco