## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>UBIOME, INC.,<br>　　　　　Debtor. | Chapter 7<br><br>Case No. 19-11938 (LSS) |
| ALFRED T. GIULIANO, Chapter 7 Trustee,<br>　　　　　Plaintiff<br>　vs.<br>JESSICA RICHMAN and ZACHARY APTE,<br>　　　　　Defendants. | Adv. Proc. No.: 21-51032 (LSS) |

## **CERTIFICATE OF SERVICE**

I, Brett D. Fallon, hereby certify that on October 11, 2021, a copy of *Movants Dr. Jessica Richman and Dr. Zachary Apte's Limited Appearance and Motion to Dismiss Trustee's First Amended Complaint* was served upon all parties registered via the Court's CM/ECF notification system and via electronic mail on the attorneys below:

Peter J. Keane
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
pkeane@pszjlaw.com

Bradford J. Sandler
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
bsandler@pszjlaw.com

Colin R. Robinson
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
crobinson@pszjlaw.com

Dated: October 11, 2021  
Wilmington, Delaware

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Brett D. Fallon*

Brett D. Fallon, Bar No. 2480  
Jaclyn C. Marasco, Bar No. 6477  
222 Delaware Avenue, Suite 1410  
Wilmington, DE 19801  
Telephone:   +1 302 467 4200  
Facsimile:   +1 302 467 4201  
brett.fallon@faegredrinker.com  
jaclyn.marasco@faegredrinker.com

-and-

Joel Hammerman  
311 S. Wacker Drive, Suite 4300  
Chicago, IL 60606  
Telephone: +1 312-356-5060  
joel.hammerman@faegredrinker.com

*Attorneys for Jessica Richman*

**POTTER ANDERSON & CORROON LLP**

L. Katherine Good, Bar No. 5101  
1313 N. Market Street, 6th Floor  
Wilmington, DE 19801  
Telephone:  +302 984 6000  
Facsimile:  +302 658 1192  
kgood@potteranderson.com

-and-

**COVINGTON & BURLING, LLP**

W. Douglas Sprague  
Salesforce Tower  
415 Mission Street, Suite 5400  
San Francisco, CA 94105  
Telephone:  +1 415 591 6000  
dsprague@cov.com

*Attorneys for Zachary Apte*