# **<u>EXHIBIT B</u>**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Jessica Richman
   113 Cherry Street
   #64164
   Seattle, WA  98104

9590 9402 1812 6074 7041 74

2. Article Number (Transfer from service label)

7018 1130 0001 0670 6412

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Russo Kim
C. Date of Delivery: 9/7/21

D. Is delivery address different from item 1? ☐ Yes  ☑ No
If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com.

OFFICIAL USE

Certified Mail Fee: $3.75
Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy) $3.05
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage: $1.96
Total Postage and Fees: $8.76

Sent To: Jessica Richman
Street and Apt. No.: 113 Cherry Street #64164
City, State, ZIP+4®: Seattle, WA  98104

PS Form 3800

Case 21-51


# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70143490000184974151

Remove ✕

Your item was delivered to an individual at the address at 11:26 am on September 13, 2021 in SEATTLE, WA 98104.

## ✓ Delivered, Left with Individual

September 13, 2021 at 11:26 am
SEATTLE, WA 98104

Feedback

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

September 13, 2021, 11:26 am
Delivered, Left with Individual
SEATTLE, WA 98104
Your item was delivered to an individual at the address at 11:26 am on September 13, 2021 in SEATTLE, WA 98104.

September 13, 2021, 12:05 am
Departed USPS Regional Facility
SEATTLE WA DISTRIBUTION CENTER

**September 11, 2021, 3:15 pm**
Arrived at USPS Regional Facility
SEATTLE WA DISTRIBUTION CENTER

**September 10, 2021, 5:58 am**
Departed USPS Regional Facility
WILMINGTON DE DISTRIBUTION CENTER

**September 9, 2021, 10:06 pm**
Arrived at USPS Regional Facility
WILMINGTON DE DISTRIBUTION CENTER

**Product Information** 

**See Less**

Feedback

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70143490000184974168

Remove ✕

Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

## In Transit to Next Facility

October 18, 2021

Get Updates ⌄

Text & Email Updates ⌄

Tracking History ⌃

**October 18, 2021**
In Transit to Next Facility
Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

**October 17, 2021, 7:14 pm**
Arrived at USPS Regional Facility
SAN JOSE CA DISTRIBUTION CENTER

**October 16, 2021, 10:49 am**
Arrived at USPS Regional Facility
OAKLAND CA DISTRIBUTION CENTER

Feedback

**October 2, 2021, 6:20 pm**
Refused
BERKELEY, CA 94709

**October 2, 2021, 10:03 am**
Dispatched for Delivery Today
BERKELEY, CA 94709

**October 1, 2021, 7:36 pm**
Departed USPS Regional Facility
SAN JOSE CA DISTRIBUTION CENTER

**October 1, 2021, 12:29 am**
Arrived at USPS Regional Facility
SAN JOSE CA DISTRIBUTION CENTER

**September 30, 2021, 9:01 am**
Arrived at USPS Regional Facility
OAKLAND CA DISTRIBUTION CENTER

**September 22, 2021, 1:39 pm**
Arrived at USPS Facility
WILMINGTON, DE 19801

**September 10, 2021, 11:47 pm**
Departed USPS Regional Facility
WILMINGTON DE DISTRIBUTION CENTER

**September 9, 2021, 10:06 pm**
Arrived at USPS Regional Facility
WILMINGTON DE DISTRIBUTION CENTER

Feedback

**Product Information**

See Less