# **<u>EXHIBIT C</u>**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>UBIOME, INC.,[1]<br>               Debtor.<br><br>ALFRED T. GIULIANO, Chapter 7 Trustee,<br><br>               Plaintiff,<br><br>vs.<br><br>JESSICA RICHMAN AND ZACHARY APTE,<br><br>               Defendants. | Chapter 7<br><br>Case No. 19-11938 (LSS)<br><br><br><br><br><br>Adv. Proc. No.: 21-51032 (LSS)<br><br>**Re: Adv. Docket No. 8** |

**DECLARATION OF BRADLEY T. GIULIANO IN SUPPORT OF CHAPTER 7 TRUSTEE'S OBJECTION TO MOVANTS DR. JESSICA RICHMAN AND DR. ZACHARY APTE'S LIMITED APPEARANCE AND MOTION TO DISMISS TRUSTEE'S FIRST AMENDED COMPLAINT**

I, Bradley T. Giuliano, declare as follows:

1. I make this declaration (this "Declaration") in support of the *Chapter 7 Trustee's Objection to Movants Dr. Jessica Richman and Dr. Zachary Apte's Limited Appearance and Motion to Dismiss Trustee's First Amended Complaint* [Docket No. 1136] (the "Objection").[2] Unless otherwise noted, capitalized terms used in this Declaration have their meanings ascribed in the Objection.

2. I am a MBA and CIRA at Giuliano, Miller & Company, LLC ("GMCO"), financial advisor and accountant to Alfred T Giuliano, the duly-appointed chapter 7 trustee (the

---

[1] The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019). The headquarters for the above-captioned Debtor was located at 360 Langton Street, Suite 301, San Francisco, CA 94103.

[2] Capitalized terms not otherwise defined herein shall have their respective meanings as set forth in the Objection.

2

"Trustee") to the estate of the above-captioned debtor (the "Debtor"). Since the Trustee's appointment following the October 11, 2019 conversion date (the "Conversion Date"), I have familiarized myself with the Debtors' assets, liabilities, and financial affairs in my role at GMCO, as well as certain information in the Debtors' books and records.

3. The Objection refers to certain addresses that were served with the Amended Complaint. In particular, the Amended Complaint was served on the following addresses via the following methods:

> CERTIFIED MAIL, FIRST CLASS MAIL & ELECTRONIC MAIL
> Jessica Richman
> 113 Cherry Street
> #64164
> Seattle, WA 98104
> Email: Jessica.richman@gmail.com
>
> CERTIFIED MAIL, FIRST CLASS MAIL
> Zachary Apte
> 113 Cherry Street
> #64164
> Seattle, WA 98104
>
> CERTIFIED MAIL, FIRST CLASS MAIL & ELECTRONIC MAIL
> Zachary Apte
> 1628 Walnut Street
> Berkeley, CA 94709
> Email: zach.apte@gmail.com

*See* Adv. Docket No. 5 (certificate of service for Amended Complaint).

4. The Seattle, Washington addresses above were obtained from the Debtor's payroll records, in particular from the 2019 W-2s in the Debtor's records. The address constituted the last known address for each Defendant which I was able to locate in Debtor's records after a diligent search of those records.

5. The Berkley, California mailing address was obtained from Defendant Apte's employment agreement with the Debtor.

2

3

6. The email addresses listed above that were served with the First Amended Complaint were found within the Debtor's records. In particular, the email addresses were located from .pst files where those email addresses were CC'ed on various emails.

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this 25th day of October, 2021.

*/s/ Bradley T. Giuliano*
Bradley T. Giuliano