## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| UBIOME, INC.,[1] | Case No. 19-11938 (LSS) |
| Debtor. | |
| ALFRED T. GIULIANO, Chapter 7 Trustee, | Adv. Proc. No. 21-51032 (LSS) |
| Plaintiff, | |
| vs. | |
| JESSICA RICHMAN AND ZACHARY APTE, | |
| Defendants. | |

## <u>CERTIFICATE OF SERVICE</u>

I, Peter J. Keane, hereby certify that on the 25th day October, 2021, I caused a copy of the following to be served on the attached service list in the manner indicated.

- **Chapter 7 Trustee's Objection to Movants Dr. Jessica Richman and Dr. Zachary Apte's Limited Appearance and Motion to Dismiss Trustee's First Amended Complaint; Exhibits A, B, C**

Dated:  October 25, 2021                PACHULSKI STANG ZIEHL & JONES LLP


*/s/ Peter J. Keane*
Peter J. Keane (DE Bar No. 5503)

---

[1] The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019).  The headquarters for the above-captioned Debtor was located at 360 Langton Street, Suite 301, San Francisco, CA 94103.

uBiome, Case No. 19-11938 (LSS)
Adv. 21-51032 Service List-Apte, Richman counsel
Document No. 235814
05-Electronic Mail
04-First Class Mail

**ELECTRONIC MAIL & FIRST CLASS MAIL**
Attorney for Jessica Richman
FAEGRE DRINKER BIDDLE & REATH LLP
Brett D. Fallon
Jaclyn C. Marasco
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
brett.fallon@faegredrinker.com
jaclyn.marasco@faegredrinker.com

**ELECTRONIC MAIL & FIRST CLASS MAIL**
Attorney for Jessica Richman
FAEGRE DRINKER BIDDLE & REATH LLP
Joel Hammerman
311 S. Wacker Drive, Suite 4300
Chicago, IL 60606
joel.hammerman@faegredrinker.com

**ELECTRONIC MAIL & FIRST CLASS MAIL**
Attorneys for Zachary Apte
POTTER ANDERSON & CORROON LLP
L. Katherine Good
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
kgood@potteranderson.com

**ELECTRONIC MAIL & FIRST CLASS MAIL**
Attorneys for Zachary Apte
COVINGTON & BURLING, LLP
W. Douglas Sprague
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
dsprague@cov.com