# EXHIBIT A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>UBIOME, INC.,[1]<br>　　　　　　　Debtor. | Chapter 7<br><br>Case No. 19-11938 (LSS) |
| ALFRED T. GIULIANO, Chapter 7 Trustee,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JESSICA RICHMAN AND ZACHARY APTE,<br><br>　　　　　　　Defendants. | Adv. Proc. No.: 21-51032 (LSS) |

**ORDER GRANTING PLAINTIFF CHAPTER 7 TRUSTEE'S *EX PARTE* MOTION FOR ALTERNATIVE SERVICE ON DEFENDANTS JESSICA RICHMAN AND ZACHARY APTE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(f)(3)**

Upon consideration of the motion (the "Motion")[2] of Plaintiff Alfred T. Giuliano, chapter 7 trustee (the "Trustee") to the estate of the above-captioned debtor (the "Debtor"), for entry of an order authorizing the Trustee, pursuant to Federal Rule of Civil Procedure 4(f)(3), to serve process in the above-captioned adversary proceeding on Defendants Jessica Richman and Zachary Apte (the "Defendants") by sending a copy of the summons and complaint to U.S. counsel for the Defendants via electronic and U.S. mail, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012, and the Court having the power to enter a final order

---

[1] The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019). The headquarters for the above-captioned Debtor was located at 360 Langton Street, Suite 301, San Francisco, CA 94103.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

consistent with Article III of the United States Constitution; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtor's estate, and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Any objections or responses to the Motion, to the extent not withdrawn or settled, are overruled.

3. The Trustee may effectuate service of process of the Amended Complaint and related summons pursuant to Federal Rule of Civil Procedure 4(f)(3), made applicable to adversary proceedings via Federal Rule of Bankruptcy Procedure 7004, upon the Defendants' U.S. counsel at Faegre Drinker Biddle & Reath LLP and Covington & Burling LLP via first class mail and e-mail.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.