# **EXHIBIT B**

**Peter J. Keane**

**Subject:** FW: uBiome

---

**From:** Kurt Gwynne <KGwynne@ReedSmith.com>
**Date:** Thursday, November 14, 2019 at 5:44 PM
**To:** Bradford Sandler <bsandler@pszjlaw.com>
**Subject:** uBiome

Hello Brad:

Following up on our call today, on behalf of Zac Apte and Jessica Richman, I request a copy of an internal investigation report, PowerPoint presentation, and other documents that uBiome shared with any governmental or regulatory authority. Without limiting the foregoing, I understand that there was a binder of approximately 115 or so documents that Milbank compiled and that was shared with one or more governmental or regulatory authority. Thank you.

Best regards, kg.

Kurt F. Gwynne
302.778.7550
kgwynne@reedsmith.com

**Reed Smith**LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801
302.778.7500
Fax 302.778.7575



* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01