# **<u>EXHIBIT C</u>**



**Kurt F. Gwynne**
Direct Phone:  +1 302 778 7550
Email:  kgwynne@reedsmith.com

Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801-1163
+1 302 778 7500
Fax +1 302 778 7575
reedsmith.com

November 25, 2019

**Confidential**

<u>**VIA EMAIL (bsandler@pszjlaw.com)**</u>

Bradford J. Sandler, Esquire
Pachulski Stang Ziehl & Jones
919 North Market Street, 17th Floor
Wilmington, DE 19801

**RE:  uBiome Document Preservation Request**

Dear Mr. Sandler:

Reed Smith LLP represents Dr. Jessica Richman and Dr. Zachary Apte in regards to the bankruptcy of uBiome, Inc. (the "<u>Company</u>").  It has come to our attention, further to the *Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Sale* filed on the bankruptcy docket on November 15, 2019 (the "<u>Notice</u>"), that your client, Alfred T. Giuliano, in his capacity as the Chapter 7 trustee of the Company's bankruptcy estate (the "<u>Trustee</u>") intends to, or unwittingly may, discontinue maintenance of, or transfer, certain Company documents and information.  As set forth in Exhibit 1 to the Notice, this includes all documents and information stored with Amazon Web Services, Atlassian, Github, Google G-Mail, and Google G-Drive, among others.

We have reason to believe that those documents and information contain evidence that is not only relevant, but crucial to arguments and defenses in the ongoing governmental investigations and other possible litigation for our clients as well as the uBiome estate and other parties in interest.  It is vital that such evidence be preserved until the governmental investigations and any other litigation is fully and finally resolved.

Accordingly, by this letter, we hereby request that you retain and preserve this evidence.  Please confirm, in writing, that the Trustee will not delete or transfer possession, custody or control of any Company business documents, and that the Trustee will provide us with notice and an opportunity to object before doing so.



Bradford J. Sandler, Esquire, Esquire
November 25, 2019
Page 2

Thank you for your consideration of this matter. We look forward to your prompt response.

Very truly yours,

Kurt F. Gwynne
Reed Smith LLP

KFG:jda

cc:  Gregory A. Taylor, Esquire (gtaylor@ashbygeddes.com), Counsel to Silicon Valley Bank
Alexander G. Rheaume, Esquire (arheaume@mofo.com), Counsel to Silicon Valley Bank