# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>UBIOME, INC.,[1]<br><br>                      Debtor. | Chapter 7<br><br>Case No. 19-11938 (LSS) |
| ALFRED T. GIULIANO, Chapter 7 Trustee,<br><br>                      Plaintiff,<br><br>vs.<br><br>JESSICA RICHMAN AND ZACHARY APTE,<br><br>                      Defendants. | Adv. Proc. No. 21-51032 (LSS) |

## **CERTIFICATE OF SERVICE**

I, Peter J. Keane, hereby certify that on the 25th day October, 2021, I caused a copy of the following to be served on the attached service list in the manner indicated.

- **Plaintiff Chapter 7 Trustee's *Ex Parte* Motion For Alternative Service on Defendants Jessica Richman and Zachary Apte Pursuant to Federal Rule of Civil Procedure 4(f)(3); Exhibits A, B, C**

Dated:  October 25, 2021               PACHULSKI STANG ZIEHL & JONES LLP

                                                   */s/ Peter J. Keane*
                                                   Peter J. Keane (DE Bar No. 5503)

---

[1] The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019).  The headquarters for the above-captioned Debtor was located at 360 Langton Street, Suite 301, San Francisco, CA 94103.

uBiome, Case No. 19-11938 (LSS)
Adv. 21-51032 Service List-Apte, Richman counsel
Document No. 235814
05-Electronic Mail
04-First Class Mail

**ELECTRONIC MAIL & FIRST CLASS MAIL**
Attorney for Jessica Richman
FAEGRE DRINKER BIDDLE & REATH LLP
Brett D. Fallon
Jaclyn C. Marasco
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
brett.fallon@faegredrinker.com
jaclyn.marasco@faegredrinker.com

**ELECTRONIC MAIL & FIRST CLASS MAIL**
Attorney for Jessica Richman
FAEGRE DRINKER BIDDLE & REATH LLP
Joel Hammerman
311 S. Wacker Drive, Suite 4300
Chicago, IL 60606
joel.hammerman@faegredrinker.com

**ELECTRONIC MAIL & FIRST CLASS MAIL**
Attorneys for Zachary Apte
POTTER ANDERSON & CORROON LLP
L. Katherine Good
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
kgood@potteranderson.com

**ELECTRONIC MAIL & FIRST CLASS MAIL**
Attorneys for Zachary Apte
COVINGTON & BURLING, LLP
W. Douglas Sprague
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
dsprague@cov.com