## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| UBIOME, INC., | Case No. 19-11938 (LSS) |
| Debtor. | |
| ALFRED T. GUILANO, Chapter 7 Trustee, | Adv. Proc. No.: 21-51032 (LSS) |
| Plaintiff, | **Re: Adv. Docket No. 8** |
| vs. | |
| JESSICA RICHMAN AND ZACHARY APTE, | |
| Defendants. | |

**ORDER DENYING MOTION TO DISMISS TRUSTEE'S
FIRST AMENDED COMPLAINT**

For the reasons set forth in my Letter Opinion of even date, **IT IS HEREBY**

**ORDERED** that the Motion to Dismiss Trustee's First Amended Complaint is **DENIED**.

Dated: December 27, 2021

Laurie Selber Silverstein
United States Bankruptcy Judge