**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>UBIOME, INC,[1]<br><br>    Debtor. | Chapter 7<br><br>Case No. 19-11938 (LSS) |
| ALFRED T. GIULIANO, Chapter 7 Trustee,<br><br>     Plaintiff<br>  vs.<br><br>JESSICA RICHMAN and ZACHARY APTE,<br><br>    Defendants. | Adv. Proc. No. 21-51032 (LSS) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Timothy A. Duffy of the Law Office of Timothy A. Duffy, P.C. to represent Defendants Jessica Richman and Zachary Apte in the above-captioned adversary proceeding.

Dated: May 15, 2026      Respectfully submitted,
   Wilmington, Delaware

           */s/ Halley S. Dannemiller*
           Halley S. Dannemiller (Bar No. 7562)
           **POTTER ANDERSON & CORROON LLP**
           1313 N. Market Street, 6th Floor
           Wilmington, Delaware 19801
           Telephone: (302) 984-6000
           Email:  hdannemiller@potteranderson.com

---

[1] The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019). The headquarters for the above-captioned Debtor was located at 360 Langton Street, Suite 301, San Francisco, CA 94103.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23.  I further certify that the fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: May 15, 2026

*/s/ Timothy A. Duffy*
Timothy A. Duffy, Esq.
**LAW OFFICE OF TIMOTHY A. DUFFY, P.C.**
725 W Orchard Circle
Lake Forest, Illinois 60045
Telephone: (847) 530-4920
Email:  tduffy@tduffylaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsels' motion for admission *pro hac vice* is granted.